193 So. 890

**Audrey OWENS v. STATE.**

**7 Div. 476.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

193 So. 890

**Tom PAIRRETT v. STATE.**

**7 Div. 495.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Pruet & Glass, of Ashland, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

192 So. 918

**L. B. PALMER v. STATE.**

**4 Div. 562.**

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

198 So. 878

**Jackson LaFayette (alias Jack) PARSONS v. STATE.**

**6 Div. 556.**

Court of Appeals of Alabama.
Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

193 So. 890

**Annie Mai PATTON v. CITY OF HUNTSVILLE.**

**8 Div. 894.**

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.